**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001
Attorneys for Defendant Schneider National Carriers, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TATIANA ENRIGHT AND VICTOR KABACHNIK, h/w<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE and SCHNEIDER NATIONAL CARRIERS, INC.<br><br>Defendants. | HONORABLE<br><br>CIVIL ACTION NO.:<br><br><br>**CERTIFICATION OF SERVICE** |

Helene Siskind, being of full age hereby certifies:

1. I am not a party to this action, and a Secretary to the firm of Nowell Amoroso Klein Bierman, P.A.

2. On August 26, 2004, I caused to be filed, via Federal Express, true and accurate copies of a Notice of Removal, Answer, Civil Cover Sheet, and this Certification of Service upon the following individual(s):

> Clerk,
> United States District Court
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street, 4th Floor
> Newark, New Jersey 07102

3. On August 26, 2004, I caused to be served, via Federal Express, true and accurate copies of a Notice of Removal, Answer, Case Information Statement, and this Certification of Service upon the following individual(s):

>Cheryl B. Wolf, Esq.
>Rovner, Allen Rovner, Zimmerman, Lukomski and Wolf
>411 Route 70 East, Suite 210
>Cherry Hill, NJ 08034-2414

4. I hereby certify that the above statements made by me are true. I understand that if any of the above statements are willfully false, I am subject to punishment.

Dated: August 26, 2004         /s/ Helene Siskind
                               Helene Siskind