# NOWELL AMOROSO KLEIN BIERMAN, P.A.
### COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
JEANNE M. DAMGEN*
LINDA DUNNE
MICHAEL J. PALMA*⁻
WILLIAM T. CURRAN*
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†

ARTHUR MINUSKIN
RICHARD J. KAPNEH
ANTHONY J. FRESE
STEPHEN M. MARCUSA°
KAREN A. PASSARO
BARI M. DUBOWSKY*
OF COUNSEL

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 838-7710
Facsimile: (212) 858-7750

THOMAS C. MARTIN
DENISE T. O'DONNELL*
TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ADRIANA WOS-MYSLIWIEC*
ZHENGGUI LI*
MICHAEL ZALENSKI

\* Also Admitted in NY
† Also Admitted in the
  Federal Courts in NY
° Also Admitted in PA
^ Admitted only in NY

April 22, 2005

Honorable Magistrate Mark Falk
United States District Court
1 Federal Square
U.S. P.O. and Court House
Room 157
Newark, New Jersey 07102

RE: **Tatiana Enright and Victor Kabachnik, h/w, v. John Doe and Schneider National Carriers, Inc.**   04cv4178 (JCL)
**Our File No.: 2513.90**

Dear Magistrate Falk:

This firm represents defendant Schneider National Carriers, Inc. with regard to the above matter. This letter will confirm that the above captioned matter has been settled by the parties. Thank you very much for your assistance in resolving the matter.

Respectfully submitted,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

Michael J. Palma

MJP:hs
cc: Clerk, United States District Court
    Cheryl B. Wolf, Esq.